| | | |
|---|---|---|
| | **UNITED STATES BANKRUPTCY COURT**<br>**Eastern District of California** | |
| **NOTICE OF INCOMPLETE FILING** | | **Case Number**<br>**09-33194 - D - 13 L** |
| In re<br>Maria C. Shehadeh<br>8931 Giant Panda Dr<br>Sacramento, CA 95829<br><br>Debtor(s). | | **FILED**<br><br>**6/26/09**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>rals |

The petition filed in this case by the above-named debtor (db) and, if a joint case, the above-named joint debtor (jdb) was not accompanied by all required documents.

**The following document(s) must be received by the bankruptcy clerk's office by 7/13/09:**

Attorney's Disclosure Stmt.
Means Test - Form 22C
Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Exempt Property
Schedule D - Secured Creditors
Schedule E - Uns. Pri. Credit.
Schedule F - Uns. Nonpri. Cred
Schedule G - Exec. Contracts
Schedule H - Codebtors
Schedule I - Current Income
Schedule J - Current Expend.
Statement of Financial Affairs
Statistical Summary
Summary of Schedules

**NOTICE IS HEREBY GIVEN** that you must comply with the above requirement(s) by the date(s) indicated. Extensions of time can only be granted by proper motion to and approval of the Court. Pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), applications for extensions of time must be filed prior to the expiration of the prescribed periods. Document(s) and the required number of copies must be filed with the Clerk at the address shown below.

**THIS IS THE ONLY NOTICE YOU WILL RECEIVE.** If you fail to timely comply with the above listed requirement(s) and/or obtain a Court approved extension of time within which to comply, action will be initiated to dismiss the case. If you have already complied with the above requirement(s), please disregard this notice.

Dated:  6/26/09

Richard G. Heltzel Clerk,
BY: rals , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400

The Deputy Clerk whose ID appears above certifies that on 6/26/09 , a copy of this notice was returned to the debtor's attorney via electronic notification.

**FOR ADDITIONAL INFORMATION CONCERNING REQUIRED DOCUMENTS, SEE PAGE 2.**

ADDITIONAL INFORMATION CONCERNING REQUIRED DOCUMENTS

**Attorney's Disclosure Stmt. (Form B203)** : Any attorney representing a debtor shall file with the court a statement of the compensation paid, or agreed to be paid, if such payment or agreement was made after one year before the date of the filing of the petition, for services rendered or to be rendered, in contemplation of or in connection with the debtor's bankruptcy case, and the source of the compensation. 11 U.S.C. sect; 329 or and FRBP 2016(b).

**Balance Sheet, Statement of Operations, Cash Flow Statement, Tax Return** : In a small business chapter 11 case, the debtor shall append to the voluntary petition its most recent balance sheet, statement of operations, cash flow statement and Federal income tax return, or a statement made under penalty of perjury that no balance sheet, statement of operations, or cash flow statement has been prepared and no Federal tax return has been filed. 11 U.S.C. sect; 1116(1).

**Chapter 12 Plan** : Chapter 12 debtor's shall file a plan. 11 U.S.C. sect; 1221 and FRBP 3015(a).

**Chapter 13 Plan (Form EDC 3-080)** : Chapter 13 debtors shall file a plan using the standard form Chapter 13 Plan (EDC Form 3-080) prescribed by General Order 05-03.

**Chapter 15 List per BR 1007** : A list containing the name and address of all administrators in foreign proceedings of the debtor, all parties to any litigation in which the debtor is a party and that is pending in the United States at the time of the filing of the petition, and all entities against whom provisional relief may be sought under 11 U.S.C. § 1519 shall be filed by the foreign representative with a petition for recognition under chapter 15. FRBP 1007(a)(4).

**Exhibit D w/Certificate -(db) and Exhibit D w/Certificate - (jdb) (Exhibit D to Official Form 1)** : Every individual debtor (db) must file a statement of compliance with the credit counseling requirement, prepared as prescribed by Exhibit D to Official Form 1, attached to their petition. If a joint petition is filed, each spouse (the debtor (db) and the joint debtor (jdb)) must each complete and attach a separate Exhibit D. A certificate of credit counseling and debt repayment plan, or other additional required documents, shall be attached to Exhibit D, as directed. FRBP 1007(b)(3) & (c).

**List of 20 Larg. Unsec. Cred. (Official Form 4)** : A list containing the names, addresses and claim amounts of the debtor's 20 largest unsecured creditors, excluding insiders, prepared as prescribed by Official Form 4, shall be filed in cases under chapter 9 and chapter 11. FRBP 1007(d).

**List of Equity Security Holders** : A List of Equity Security Holders shall be filed in chapter 11 cases. FRBP 1007(a)(3).

**Master Address List** : With every petition for relief under the Bankruptcy Code presented for filing, there shall be submitted concurrently a Master Address List which includes the name, address, and zip code of all of the debtor's known creditors. To accommodate modern technology, the Master Address List shall be prepared in strict compliance with instructions of the Clerk in a format approved by the Court. Local Bankruptcy Rule 1007-1(b). Instructions concerning the preparation of Master Address Lists are set forth in forms EDC 2-190 and EDC 2-195. Debtors represented by legal counsel, or whose petitions are prepared by a bankruptcy petition preparer, must submit an electronic Master Address List. All other debtors must submit either an electronic Master Address List or a hard copy Master Address List printed on paper. The debtor shall concurrently submit a Verification of Master Address List, form EDC 2-100, with every Master Address List presented for filing.

**Means Test - Form 22A, Means Test - Form 22B, Means Test - Form 22C (Official Forms B22A, B22B, and B22C)** : A statement of current monthly income, prepared as prescribed by the appropriate Official Form, shall be filed with the petition or within 15 days, by individual chapter 7 debtors with primarily consumer debts (Official Form 22A), individual chapter 11 debtors (Official Form 22B), and chapter 13 debtors (Official Form 22C). 11 U.S.C. § 521(a)(1) and FRBP 1007(b)(4), (5), & (6).

**Schedule A - Real Property, Schedule B - Personal Property, Schedule C - Exempt Property, Schedule D - Secured Creditors, Schedule E - Uns. Pri. Credit., Schedule F - Uns. Nonpri. Cred, Schedule G - Exec. Contracts, Schedule H - Codebtors, Schedule I - Current Income, and Schedule J - Current Expend, Statistical Summary, Summary of Schedules (Official Form 6)** : Except in a chapter 9 municipality case, schedules of assets and liabilities, executory contracts and unexpired leases, current income, and current expenditures, prepared as prescribed by Official Form 6, shall be filed by the debtor. 1 U.S.C. § 521(a)(1)(B) and FRBP 1007(b)(1). Creditors shall be listed on the appropriate schedule in alphabetical order by name and complete address. LBR 1007-1(a).

**Statement of Financial Affairs (Official Form 7)** : Except in a case under chapter 9, the debtor shall file a Statement of Financial Affairs, prepared as prescribed by Official Form 7. 11 U.S.C. § 521(a)(1)(B) and FRBP 1007(b)(1).

**Statement of SSN (Official Form 21)** : Individual debtors must file a statement under penalty of perjury setting out the debtor's full social security number or stating that the debtor does not have a social security number, prepared in substantial compliance with Official Form 21. 11 U.S.C. § 521(a)(1) FRBP 1007(f).

**Statement Re: Corporate Debtor (Form EDC 3-500)** : Federal Rule of Bankruptcy Procedure 1007(a)(1) requires corporate debtors to file with the petition a corporate ownership statement containing the information described in FRBP 7007.1.