2009-33194
FILED
June 26, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001919731

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

IN RE:  
Shehadeh, Maria C )  
)  
)  
)  
) Bankruptcy Case No.  
)  
)  
)  
Debtors. )

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, [**required** with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]

**OR**

☐ typed in scannable format on paper, consisting of ___ pages and listing a total of _____ creditors, [**only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer**]

**OR**

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of ___**12**___ creditors, [**required with electronically filed petitions**]

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: 6-26-09

/s/ Maria C Shehadeh   *[signature: Maria Shehadeh]*  
Debtor's Signature                                              Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 9/2004)

Abdelmajid Hamid
C/O Stanley Parrish
Po Box 255606
Sacramento, CA  95865


Aspire/cb And T
Po Box 105555
Atlanta, GA  30348


Bank Of America
4060 Ogletown/stan
Newark, DE  19713


Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL  33146


Chase
800 Brooksedge Blvd
Westerville, OH  43081


Gemb/chevron
4125 Windward Plz
Alpharetta, GA  30005


Hilco Receivables Llc
One Northbrook Pla
Northbrook, IL  60062


Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Imad Aish Seyoury
C/O Joseph Marman
8421 Auburn Bl, Ste 145
Citrus Heights, CA  95610


Kohls/chase
N56 W17000 Ridgewood Dr
Menomonee Falls, WI  53051


Marix Servicing
Po Box 42008
Phoenix, AZ  85080


Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH  45201


Us Bank/na Nd
4325 17th Ave S
Fargo, ND  58125


Wells Fargo Bank
P.o. Box 5445
Portland, OR  97208

Abdelmajid Hamid
C/O Stanley Parrish
Po Box 255606
Sacramento, CA  95865

Aspire/cb And T
Po Box 105555
Atlanta, GA  30348

Bank Of America
4060 Ogletown/stan
Newark, DE  19713

Bayview Financial Loan
4425 Ponce De Leon Blvd
Coral Gables, FL  33146

Chase
800 Brooksedge Blvd
Westerville, OH  43081

Gemb/chevron
4125 Windward Plz
Alpharetta, GA  30005

Hilco Receivables Llc
One Northbrook Pla
Northbrook, IL  60062

Hsbc Bank
Po Box 5253
Carol Stream, IL  60197

Imad Aish Seyoury
C/O Joseph Marman
8421 Auburn Bl, Ste 145
Citrus Heights, CA  95610

Kohls/chase
N56 W17000 Ridgewood Dr
Menomonee Falls, WI  53051

Marix Servicing
Po Box 42008
Phoenix, AZ  85080

Us Bank Hogan Loc
Po Box 5227
Cincinnati, OH  45201

Us Bank/na Nd
4325 17th Ave S
Fargo, ND  58125

Wells Fargo Bank  
P.o. Box 5445  
Portland, OR   97208