FILED
August 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002012967

# LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
## §341 MEETING OF CREDITORS REPORT

8/6/2009
1:30:00PM

---

09-33194-D13L         0.00 %                    Debtor 1   Debtor 2   Atty
                                 Appeared Prior    ☐         ☐         ☐
SHEHADEH, MARIA C.    ☐ DSO CASE  Failed to Appear ☑         ☐         ☐
                                  Appeared         ☐         ☐         ☑
                      TRACK 30    Sworn            ☐         ☐
Attorney:                         Photo ID         ☐         ☐
MICHAEL M NOBLE ESQ               SS# ID           ☐         ☐
                                  Examined         ☐         ☐

LJL ✓ /NLE ___/OTHER___

Creditor(s) Appeared: ADOSCRANJH HKUID [illegible]

☐ 341 Concluded  ☐ No OTC  ☐ As Amended  ☐ Refer for:  ☐ MTD  ☐ OTC  ☐ OT Exemptions
☐ No OTC ALA: _____
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA _____
☑ 341 Cont to: 8-20-09 @ 2:30   ☐ SSN/ID   ☐ Technical Cont: _____
341 Cont to: ☑ Sacramento, Rm 7A;  ☐ Redding, Rm 200;  ☐ Other _____

---

## ISSUES THAT NEED TO BE RESOLVED

☐ Failed to appear              ☐ Exceeds 60 mos                ☐ No spousal waiver
☐ No or inadequate SS#/ / ID    ☐ No Proof of Adeq Prot Pmts
☐ Delinquent                    ☐ No Proof of Class 1 Pmts      ☐ Homestead issue
   ☐ plan payments        ☐ MTV/MTAL Problem
   ☐ 3rd party/other      ☐ Fails liquidation             ☐ Property descr. inadeq.
                                ☐ Exceeds debt limits
                                ☐ Not Feasible/Tight Budget     ☐ Over-exempt cars

☐ Paystubs
☐ Tax Return                    ☐ Not Best Effort/Good Faith    ☐ Over-exempt
☐ DSO WKS
☐ Case Dism 109g                ☐ Fixed Payment Issue           ☐ Incorrect exemptions
☐ Other

                                ☐ Other                         ☐ Other

---

**341 NOTES**