L.J. LOHEIT, TRUSTEE
NEIL ENMARK, #159185, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09-33194-D-13L |
| | ) | DCN: NLE-1 |
| | ) | |
| MARIA C. SHEHADEH, | ) | TRUSTEE'S OBJECTION TO |
| | ) | CONFIRMATION |
| | ) | |
| | ) | DATE: SEPTEMBER 8, 2009 |
| | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: BARDWIL |
| Debtor(s) | ) | COURTROOM: 34 |

LAWRENCE J. LOHEIT, TRUSTEE, objects to confirmation of the Debtor(s) plan and does not recommend its confirmation.

The Trustee objects to confirmation as:

**The Debtor failed to appear at the First Meeting of Creditors held on August 6, 2009. The Trustee does not have sufficient information to determine whether or not the case is suitable for confirmation with respect to 11 U.S.C. § 1325.**

1

WHEREFORE the movant prays that the Court enter an order denying confirmation of the Debtor(s) plan, and an order dismissing the case if a new plan is not filed within a reasonable time.

Dated: August 12, 2009

/s/ Neil Enmark
NEIL ENMARK, Attorney for Trustee