# LAWRENCE J. LOHEIT, CHAPTER 13 TRUSTEE
# §341 MEETING OF CREDITORS REPORT

FILED
August 21, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002038582

8/20/2009
2:30:00PM

---

**09-33194-D13L**  0.00 %

**SHEHADEH, MARIA C.**  ☐ DSO CASE

TRACK 2

Attorney:
MICHAEL M NOBLE ESQ

| | Debtor 1 | Debtor 2 | Atty |
|---|---|---|---|
| Appeared Prior | ☐ | ☐ | ☐ |
| Failed to Appear | ☐ | ☐ | ☐ |
| Appeared | ☒ | ☐ | ☒ |
| Sworn | ☒ | ☐ | |
| Photo ID | ☒ | ☐ | |
| SS# ID | ☒ | ☐ | |
| Examined | ☒ | ☐ | |

LJL ___ /NLE ✓ /OTHER___

Creditor(s) Appeared: _Step Parrish for Hem d_

☒ 341 Concluded ☐ No OTC ☐ As Amended ☐ Refer for: ☐ MTD ☐ OTC ☐ OT Exemptions
☐ No OTC ALA: _____
☐ MTC Needed & No Obj
☐ MTC Needed & No Obj ALA_____
☐ 341 Cont to: _____ @ ____ ☐ SSN/ID ☐ Technical Cont: _____
341 Cont to: ☐ Sacramento, Rm 7A; ☐ Redding, Rm 200; ☐ Other _____

---

## ISSUES THAT NEED TO BE RESOLVED

☐ Failed to appear
☐ No or inadequate SS#/ / ID
☐ Delinquent
　☐ plan payments
　☐ 3rd party/other
_____

☐ Paystubs
☐ Tax Return
☐ DSO WKS
☐ Case Dism 109g
☐ Other

☐ Exceeds 60 mos
☐ No Proof of Adeq Prot Pmts
☐ No Proof of Class 1 Pmts
☐ MTV/MTAL Problem
☐ Fails liquidation
☐ Exceeds debt limits
☐ Not Feasible/Tight Budget

☐ Not Best Effort/Good Faith

☐ Fixed Payment Issue

☐ Other

☐ No spousal waiver

☐ Homestead issue

☐ Property descr. inadeq.

☐ Over-exempt cars

☐ Over-exempt

☐ Incorrect exemptions

☐ Other

---

| 341 NOTES | |