FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002065753

Michael M. Noble, SBN: 170934
2017 5th Street
Sacramento, CA 95818
Tel: (916) 442-4412
Fax: (916) 443-2134

Attorney for Debtor
Maria C. Shehadeh

United States Bankruptcy Court
Eastern District of California

In re

Maria C. Shehadeh

Debtor
_____/

Case No. 09-33194-D-13L

In Chapter 13

MCN: MMN-1

**Motion To Confirm
First Amended Chapter 13 Plan**

Date: October 13, 2009

Time: 1:00 P.M.

Ctrm: 34

**The Debtor Moves** the Court to confirm the first amended chapter 13 plan filed on August 26, 2009. The only change to the plan is to show the amount of interest paid to class one claims is zero.

Wherefore, the Debtor respectfully requests the Court confirm the first amended plan.

Dated: August 31, 2009          By: /s/ Michael M. Noble
                                Michael M. Noble, Attorney for Debtor