Michael M. Noble, SBN: 170934
2017 5th Street
Sacramento, CA 95818
Tel: (916) 442-4412
Fax: (916) 443-2134

Attorney for Debtor
Maria C. Shehadeh

United States Bankruptcy Court
Eastern District of California

In re

Maria C. Shehadeh

Debtor
_____/

Case No. 09-33194-D-13L

In Chapter 13

MCN: MMN-1

**Notice Of Motion To Confirm
First Amended Chapter 13 Plan**

Date: October 13, 2009

Time: 1:00 P.M.

Ctrm: 34

**Notice is Hereby Given** that the Debtors move the Court to Confirm the Debtor's First Amended Plan. The only change in the Plan is to show that the interest paid on class one claims is zero.

A hearing on this motion will be held on October 13, 2009, at 1:00 PM in Department D of the US Bankruptcy Court located at 501 "I" Street, Courtroom 34, Sixth Floor, Sacramento, CA 95814, before the honorable Judge Robert S. Bardwil.

If you oppose this motion you must file a written opposition with the Court by September 29, 2009 and appear at the above address at the date and time shown. You must serve a copy of your opposition on the following:

FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002065752

| | |
|---|---|
| 1 | Michael M. Noble |
| 2 | 2017 5th Street |
|   | Sacramento, CA  95818 |
| 3 | |
| 4 | Office of the U.S. Trustee |
|   | 501 I Street, Room 7-500 |
| 5 | Sacramento, CA  95814 |

6   The failure to timely file an opposition may result in the Court ignoring your
7   opposition and granting this motion.  The failure to file any opposition and appear may
8   result in the Court granting this motion.  It is important for your to respond to this motion if
9   you do not wish it to be granted..

10

11  Dated: August 31, 2009           By:  /s/ Michael M. Noble
12                                         Michael M. Noble, Attorney for Debtor