FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002065755

Michael M. Noble, SBN: 170934
2017 5th Street
Sacramento, CA 95818
Tel: (916) 442-4412
Fax: (916) 443-2134

Attorney for Debtor
Maria C. Shehadeh

United States Bankruptcy Court
Eastern District of California

In re

Maria C. Shehadeh

Debtor
_____/

Case No. 09-33194-D-13L

In Chapter 13

MCN: MMN-1

**Declaration of Jamal Shehadeh In Support Of Motion To Confirm First Amended Chapter 13 Plan**

Date: October 13, 2009

Time: 1:00 P.M.

Ctrm: 34

I, Jamal Shehadeh, declare:

1. I am married to the Debtor in the above case. Approximately one year ago the Debtor and I separated. Since that time I have paid the Debtor $2,000 a month on a consistent basis.

2. The basis for this payment is certain property that I received as part of our separation. I received two vehicles and a business.

3. I received a 1998 Dodge Caravan and a 2001 Nissan Titan both worth no more than $4,000 as the Titan was fully financed.

4. I also received the Cobblestone Café which is a small business that nets around $50,000 a year and requires over 40 hours a week to make that much.

5. In exchange for the two vehicles and the business, I agreed to pay Maria $2,000 a month for 10 years.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 8-31-09   By: _____
Jamal Shehadeh, Declarant