FILED
September 03, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002065754

Michael M. Noble, SBN: 170934
2017 5th Street
Sacramento, CA 95818
Tel: (916) 442-4412
Fax: (916) 443-2134

Attorney for Debtors
Maria C. Shehadeh

## United States Bankruptcy Court
### Eastern District of California

In re

Maria C. Shehadeh

Debtor

_____/

Case No. 09-33194-D-13L

In Chapter 13

MCN: MMN-1

**Declaration Of Debtor In Support Of Motion To Confirm First Amended Chapter 13 Plan**

Date: October 13, 2009

Time: 1:00 P.M.

Ctrm: 34

I, Maria C. Shehadeh, declare:

1. I am the debtor in this case and the matters set forth in this declaration are true of my own knowledge, and, if called upon to do so, I could and would competently testify to them.

2. I amended my plan to show that the debt claimed by Abdelmajid Hamid is disputed.

3. My plan complies with all applicable laws. Any fees or charges required by the Court have been paid in full. The plan is proposed in good faith and not by any means forbidden by law. All unsecured creditors would receive at least what they would receive in the event of Chapter 7 liquidation. All secured creditors provided for have either

accepted the plan or we have provided for the surrender of property securing their claims, or the plan provides to pay the creditors pursuant to section 1325(a)(5)(B). I will be able to make the plan payments under the plan and comply with the plan according to my schedules, as amended. I am current on any domestic support obligations and have filed all tax returns required.

I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

Date: 8-31-09      By: *Maria Shehadeh*
                       Maria C. Shehadeh, Declaring